Susan Lynn Mimura
V. Renee Karel
Danielle M. Evans
SUSAN LYNN MIMURA & ASSOCIATES, PLLC
Attorneys at Law
3451 E. Copper Point Drive, Suite 106
Meridian, Idaho 83642
Telephone: (208) 286-3140
Facsimile: (208) 286-3135
Idaho State Bar No. 3033, 9050, 10366
slm@idahoattys.com

*Attorney(s) for the Petitioner*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JEREMY MATTSON,<br><br>Plaintiff,<br><br>v.<br><br>ARON STREIBEL, DANIEL VOGT, CITY OF CALDWELL, AND JOHN DOES 1-15,<br><br>Defendant. | Case No. 1:22-cv-00105-CWD<br><br>ACKNOWLEDGMENT AND ACCEPTANCE OF SERVICE |

COMES NOW, WILLIAM LM. NARY, MERIDIAN CITY ATTORNEY:

in the above-entitled action, and hereby acknowledges that on the 25TH day of MARCH, 2022, he

received and accepted service of true and correct copies of:

1) Complaint

2) Summons

ACKNOWLEDGMENT AND ACCEPTANCE OF SERVICE
*Mattson v. Streibel, et al.*
**Case No. 1:22-cv-00105-CWD**                 1

For Defendant, DANIEL VOGT, and agrees to provide these documents to Defendant, DANIEL VOGT.

### DECLARATION IN ACCORDANCE WITH IC § 9-1406

I am the Attorney for the City of Meridian, an authorized agent for the Defendant DANIEL VOGT, an employee of the City of Meridian. I have read this ACKNOWLEDGMENT AND ACCEPTANCE OF SERVICE, and I know and understand the contents. I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

DATED: 3/25/2022

WILLIAM LM. NARY