Susan Lynn Mimura
V. Renee Karel
Danielle M. Evans
Samantha Brookman
SUSAN LYNN MIMURA & ASSOCIATES, PLLC
Attorneys at Law
3451 E. Copper Point Drive, Suite 106
Meridian, Idaho 83642
Telephone: (208) 286-3140
Facsimile: (208) 286-3135
Filing E-mail: slm@idahoattys.com
Idaho State Bar No. 3033, 9050, 10366, Limited License 2/1/2022

*Attorney(s) for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JEREMY MATTSON,<br><br>Plaintiff,<br><br>v.<br><br>ARON STREIBEL, DANIEL VOGT, CITY OF CALDWELL, AND JOHN DOES 1-15,<br><br>Defendants. | Case No. 1:22-cv-00105-DCN<br><br>**CERTIFICATE OF COMPLIANCE RE: PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST SET OF DISCOVERY REQUESTS TO PLAINTIFF** |

I certify that on September 8th, 2022, I served PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST SET OF DISCOVERY REQUESTS TO PLAINTIFF, in the manner indicated:

☐    By Email to: tdw@naylorhales.com; landon@naylorhales.com

SUSAN LYNN MIMURA
ISB No. 3033

**NOTICE OF SERVICE RE: PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST SET OF DISCOVERY REQUESTS TO PLAINTIFF** - 1
*Mattson v. Streibel, Vogt, City of Caldwell and John Does 1-15*
1:22-CV-00105-DCN