UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JEREMY LACY MATTSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ARON STREIBEL; DANIEL VOGT; CITY OF CALDWELL; and JOHN DOES 1-15,<br><br>    Defendants. | Case No. 1:22-cv-00105-AKB<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order (Dkt. 51) granting summary judgment in favor of Defendants,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered in favor of Defendants and that this case be **DISMISSED WITH PREJUDICE**.

DATED: December 28, 2023

Amanda K. Brailsford
U.S. District Court Judge

JUDGMENT - 1